# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, G.G. GERDING**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**BRANDON S. MARSH**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400090**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 20 November 2013.
**Military Judge**: Col M.B. Richardson, USMC.
**Convening Authority**: Commanding Officer, 3d Assault Amphibian, Battalion, 1st Marine Division, FMF, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: LtCol V.G. Laratta, USMC.
**For Appellant**: Maj Emmett S. Collazo, USMCR.
**For Appellee**: Mr. Brian K. Keller, Esq.

**26 June 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court